**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1357**

---

MATTHEW JONES,

> Plaintiff - Appellant,

v.

STATE POLICE DEPARTMENT; BUCKHANNON POLICE DEPARTMENT,

> Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Thomas S. Kleeh, Chief District Judge.  (2:23-cv-00017-TSK-MJA)

---

Submitted:  September 12, 2024                Decided:  September 16, 2024

---

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Matthew Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Jones' 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).   We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Jones v. State Police Dep't*, No. 2:23cv-00017-TSK-MJA (N.D. W. Va. Apr. 4, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2